**UNITED  STATES  DISTRICT  COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|                          |
| ------------------------ |
| Plaintiff,               |
| -v-                      |
| Defendant.               |

Case No._____

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for _____ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

**Date:** _____

/s/: Glenn M. Fjermedal
_____

**Signature of Attorney**

**Attorney Bar Code:** _____

Form Rule7_1.pdf   SDNY Web 10/2007