UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
ELIZABETH MORATH,

        Plaintiff,

against                                                                07-CV-11081

METROPOLITAN RECOVERY SERVICE, INC.
d/b/a METROPOLITAN COLLECTION AGENCY,

        Defendant.

## NOTICE OF CHANGE OF ADDRESS

TO:    Attorney Admission Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change for: **Glenn Fjermedal, Esq.**

    X    *Attorney*

        X    I am a U.S.D.C., Southern District of New York Attorney. My Bar Number is: __510682__.

    X    *Law Firm/Government Agency Association*

        From:  Lacy Katzen LLP

        To:  Davidson Fink LLP

        X    I will continue to be counsel of record on the above-entitled case at my new firm.

Address:    28 East Main Street, Suite 1700, Rochester, NY 14614

Telephone:    (585) 546-6448

Fax:    (585) 758-5103

E-Mail:    gfjermedal@davidsonfink.com

Dated: February 25, 2008    /s/ Glenn M. Fjermedal
                                                  Glenn M. Fjermedal, Esq.