

**Davidson Fink LLP**
ATTORNEYS AND COUNSELORS AT LAW

GLENN M. FJERMEDAL
PARTNER

Email: gfjermedal@davidsonfink.com

Tel: 585-756-5950
Fax: 585-758-5103

March 18, 2008

**VIA FEDERAL EXPRESS**



Hon. Denise L. Cote
United States District Court Judge
Southern District of New York
500 Pearl Street, Room 1040
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FI
DOC #: _____
DATE FILED: 3/19/08

Re:   Elizabeth Morath v. Metropolian Recovery Service, Inc. d/b/a
      Metropolitan Collection Agency
      Case No. 07-CV-11081

**MEMO ENDORSED**

Dear Judge Cote:

    Our office represents Metropolian Recovery Service, Inc. d/b/a Metropolitan Collection Agency ("Metropolitan") in the above-referenced matter. The purpose of this letter is to respectfully request an adjournment of the briefing schedule dates with respect to Metropolitan's motion to transfer venue and Plaintiff Elizabeth Morath's cross-motion for judgment pending before Your Honor. I base my request upon my administrative error when I misread the attached docket.

    On February 12, 2008, my office filed a motion to transfer venue of the pending action to the Western District of New York. At that time period, I was called to Arizona to attend to my ailing father who subsequently passed away. During this time period, I also changed law firms to my present firm. On March 5, 2008, opposing counsel filed an opposition to Metropolitan's motion as well as a cross-motion for judgment. I misread/misinterpreted the March 5, 2008 docket entry to mean the filing was defective until all the cross-motion papers were re-filed. Your Honor's law clerk called me today to request a copy of the entire motion. At that time, he explained to me that the cross-motion had in fact been filed and to make this request to Your Honor.

    Accordingly, I respectfully request a revised briefing schedule to oppose Plaintiff's cross-motion for judgment and reply to Metropolitan's motion to transfer venue. More importantly, I request a settlement conference prior to the argument of the motions. At this juncture, I anticipate that my client will be presenting the Plaintiff with a revised settlement offer in short order.

---

28 East Main Street, Suite 1700, Rochester, NY 14614   www.davidsonfink.com

Hon. Denise L. Cote
March 18, 2008
Page 2

      If Your Honor requires a conference call with the parties, I will be more than amenable to arrange for a conference call.

                Respectfully Submitted,

                DAVIDSON FINK LLP

                *[signature]*
                Glenn M. Fjermedal

GMF/gg

pc:   Amir Goldstein, Esq. (Via Facsimile & E-Mail)

---

*[Handwritten note:]* The defendant shall promptly provide its settlement offer to the plaintiff. Defendant's reply and opposition is due March 28; plaintiff's reply is due April 4.

*Denise Cote*
March 19, 2008