```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
ELIZABETH MORATH,                   :   07 Civ. 11081
                Plaintiff,          :   (DLC)(DFE)*
                                    :
        -v-                         :   ORDER OF
                                    :   REFERENCE TO A
METROPOLITAN RECOVERY SERVICE, INC.,:   MAGISTRATE JUDGE
d/b/a METROPOLITAN COLLECTION AGENCY,
                                    :
                Defendant.          :
                                    :
------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/19/08

DENISE COTE, District Judge:

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| ___ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. Section 636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute* | ___ | Consent under 28 U.S.C. Section 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction Purpose: _____ |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: | ___ | Habeas Corpus |
| x | Settlement* | ___ | Social Security |
| ___ | Inquest After Default/Damages Hearing | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion: _____ |

\* Do not check if already referred for general pretrial.

**SO ORDERED:**

DATED:   New York, New York
         March 19, 2008

_____
DENISE COTE
United States District Judge